```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12600
    STEFANIA BORYSEK
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5458

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/16/2007 and was confirmed 08/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE   CURRENT MORTG         .00             .00            .00
NATIONAL CITY MORTGAGE   MORTGAGE ARRE    24782.23             .00        2661.68
LVNV FUNDING LLC         UNSEC W/INTER    17846.33             .00            .00
CACH LLC                 UNSEC W/INTER   NOT FILED             .00            .00
B-REAL LLC               UNSEC W/INTER    14957.61             .00            .00
LVNV FUNDING LLC         UNSEC W/INTER      414.85             .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     2849.95             .00            .00
FRANKLIN BANK            UNSEC W/INTER   NOT FILED             .00            .00
HSBC CARSON              FILED LATE         708.19             .00            .00
JC PENNY                 UNSEC W/INTER      198.33             .00            .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER     5022.16             .00            .00
JOHN C DENT              ATTORNEY          3185.00             .00        3185.00
PRO SE DEBTOR            DEBTOR ATTY          .00                             .00
TOM VAUGHN               TRUSTEE                                           467.32
DEBTOR REFUND            REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  6,314.00

PRIORITY                                         .00
SECURED                                     2,661.68
UNSECURED                                        .00
ADMINISTRATIVE                              3,185.00
TRUSTEE COMPENSATION                          467.32
DEBTOR REFUND                                    .00
                         ---------------   ---------------
TOTALS                   6,314.00           6,314.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 12600 STEFANIA BORYSEK

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                    PAGE   2
    CASE NO. 07 B 12600 STEFANIA BORYSEK